UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA,     Case No. 5:20cr45

v.

AMANDA MARIE CATOE

STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation. The offense(s) described below occurred within the Western District of Virginia.

This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11, in the event that the defendant is ultimately charged with and does not plead guilty in connection with the offense(s) outlined below and identified in the plea agreement.

If this matter were to proceed to trial, the United States of America would prove, by relevant and admissible evidence, beyond a reasonable doubt the following:

1. On January 8, 2019, officers observed Amanda Catoe driving with a suspended license. After officers stopped Catoe's vehicle they found that J.S., and two other individuals (T.C. and A.B.) were passengers. A narcotics canine arrived on scene and alerted to the presence of narcotics.
2. When T.C. exited the vehicle, he admitted to having marijuana. He also had $930 in cash with him. T.C. said he had gotten paid from working but didn't know where he worked.
3. Upon searching the vehicle, officers found:
    A. A bag of methamphetamine in the front passenger floorboard area where J.S. had been sitting;
    B. A canvas bag containing methamphetamine in the rear passenger-side floorboard area;
    C. $500 in the driver's door;
    D. $580 inside Catoe's wallet;
    E. A jar of marijuana underneath the driver's seat;
    F. A small jar of methamphetamine in Catoe's purse;
    G. $1270 in J.S.'s wallet;
4. When officers searched the area surrounding the vehicle, officers found strewn about in a 45-degree angle from the driver's side of the vehicle:

   A. A plastic cup (similar to a plastic cup found in the vehicle) containing a small jar (similar to the small jar found in the vehicle) of marijuana;
   B. A bag of methamphetamine;
   C. A cigarette pack that contained two opened bags of methamphetamine;

5. On January 8, 2019, following the above traffic stop, officers executed a search warrant at Catoe and J.S.'s residence on Grove Road, Luray, Virginia. The following items were recovered:
   A. Ten firearms (seized items #1-#10):
     i. H&R .223 rifle; sn J232159;
     ii. Mossberg 12-gauge shotgun; sn P491731;
     iii. Maverick Arms 12-gauge shotgun; sn MV03835R;
     iv. Maverick Arms 12-gauge shotgun (second one); sn MV08663P;
     v. New England Arms .270 rifle; sn NL451897;
     vi. Savage Axis 25-06 rifle; sn H756645;
     vii. CBS 715P .22 pistol; sn EMJ3963726;
     viii. Mossberg 585, 12-gauge shotgun; sn VN748554;
     ix. Yugoslavia m596 .762 rifle; sn F130883;
     x. Taurus G2C .45 pistol; sn NFU83905;
   B. Methamphetamine contained in seven bags (seized item #11) hidden under the stairs;
   C. A bag of hallucinogenic mushrooms (#13);
   D. A smaller sealed bag of methamphetamine (#14);
   E. Various items of paraphernalia, including, mirrors with residue, scales, pill bottles, smoking devices, and a vacuum sealer; and
   F. Documentation detailing prior drug transactions (also known as "owe" sheets).

6. Laboratory analysis by the DEA and the Virginia Division of Forensic Sciences analyzed the evidence seized from the residence and confirmed the presences of:
   A. Methamphetamine in item #11, the 7 bags found under the stairs, totaling 223 grams (99.6% pure; 221.0g actual);
   B. Methamphetamine in item # 14, the on smaller bag, totaling 20.64 grams;
   C. Psilocyn (schedule I controlled substance) in item #13;
   D. Morphine: and,
   E. marijuana.

7. From approximately June 2018 to January 2019, Catoe and J.S. assisted another individual in the storage and distribution of methamphetamine totaling in excess of 500 grams. They stored the methamphetamine at their residence; assisted in the distribution of methamphetamine; and, assisted in repackaging the methamphetamine.

I have reviewed the above Statement of Facts with my attorney and I agree that it is true and accurate. I further agree that the above facts are sufficient to convict me of the offense(s) to which I am pleading guilty.

12-12-20
Date

*Amanda Catoe*
Amanda Marie Catoe
Defendant

12-15-2020
Date

*Lisa Lorish*
Lisa Lorish
Attorney for Defendant